# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:18 mc 3

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NEWPORT TRIAL GROUP, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 6] filed by Christopher M. Kelly, counsel for Defendants Newport Trial Group, PC, Scott J. Ferrell, Ryan Ferrell, Davie Reid, Victoria Knowles, and Andrew Baslow.

Upon review of the motion, it appears that Stephanie A. Sperber is a member in good standing with the California Bar and will be appearing with Christopher M. Kelly, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 6]. The Court **ADMITS** Stephanie A. Sperber to practice *pro hac vice* before the Court while associated with local counsel.

Signed: January 11, 2018

_____
Dennis L. Howell
United States Magistrate Judge