# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 MC 3

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEWPORT TRIAL GROUP, SCOTT J. FERRELL, RYAN M. FERRELL, JAMES B. HARDIN, VICTORIA C. KNOWLES, ANDREW LEE BASLOW ANDREW NILON, SAM PFLEG, MATTHEW DRONKERS, TAYLOR DEMULDER, SAM SCHOONOVER, GIOVANNI SANDOVAL, and DOES 1-10, | ) ) ) ORDER ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

This matter is before the Court <u>sua</u> <u>sponte</u>. On January 10, 2018, Defendant Newport Trial Group filed a motion requesting a hearing and seeking an order compelling non-party Carlos Negrete ("Negrete") to comply with two subpoenas issued by the U.S. District Court for the Central District of California, in <u>Natural Immunogenics Corp. v. Newport Trial Group, et al.</u>, Case Number 8:15-CV-02034. A review of the record before this Court reveals that, on January 10, 2018,[1] Negrete

---

[1] The Certificate of Service actually states that the motion was electronically filed and also filed with the listed parties on January 10, <u>2016</u>. This is clearly a typographical error, as the motion was filed electronically with this Court on January 10, <u>2018</u>.

was served with a copy of the motion by U.S. Mail. Negrete was also sent a courtesy copy via email.

In light of the foregoing, the Court provides Negrete with the following information:

(1) Although not required, Negrete may wish to hire legal counsel to advise him regarding this matter;

(2) If Negrete fails to comply with the two subpoenas, he may be held responsible for fees and costs and other sanctions;

(3) Pursuant to this Court's Local Rules, if Negrete wishes to file a response to Defendant Newport Trial Group's motion, he must do so within 14 days of the date on which the motion was served; and

(4) Pursuant to this Court's Local Rules, page limits, font sizes, spacing, and other formatting requirements are governed by the Standing Civil Order of the judge to whom the case has been assigned, or in the Case Management Order entered. Absent such requirements in the Standing Civil Order or the Case Management Order of the assigned judge, the page limit for any brief is 25 pages, the font is a minimum of 12 point, lines are double-spaced, margins are one inch, and each page is to be numbered.

Signed: January 12, 2018

Dennis L. Howell
United States Magistrate Judge