IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 mc 3

| NATURAL IMMUNOGENICS CORP., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| NEWPORT TRIAL GROUP, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the motion for *pro hac vice* admission [# 12] filed by Kathryn G. Cole, counsel for Plaintiff Natural Immunogenics Corp.

Upon review of the motion, it appears that Joshua S. Furman is a member in good standing with the Arizona Bar and will be appearing with Kathryn G. Cole, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 12]. The Court **ADMITS** Joshua S. Furman to practice *pro hac vice* before the Court while associated with local counsel.

Signed: January 19, 2018

Dennis L. Howell
United States Magistrate Judge