# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 mc 3

| | |
|---|---|
| NATURAL IMMUNOGENICS CORP., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NEWPORT TRIAL GROUP, et al., ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

This matter is before the Court sua sponte. For the following reasons, the Court will strike Exhibit 2 of [# 20-4] with leave to amend, and the Court will limit any future filings in this case

On January 10, 2018, Defendant Newport Trial Group (NTG) filed its Motions to Compel and Change Venue [# 1, # 2]. On that same day, NTG filed its Declaration in support [# 3] that included 575 pages of exhibits. On January 23, 2018, Plaintiff filed its Motion to Dismiss NTG's Motion to Compel [# 16]. On that same day, Plaintiff field a Memorandum in support [# 17] that included 48 pages of exhibits. On January 24, 2018, Carlos F. Negrete filed a Declaration [# 20] that included 375 pages of exhibits.

First, in Carlos Negrete's Declaration [# 20], Negrete includes in his "Exhibit 2" 145 pages of emails [# 20-4]. Clearly, Negrete has copied and pasted the emails

without any editing. The exhibit has emails repeated multiple times and they are not in a discernible order. The exhibit is unwieldy and the Court will not sift through it.

Accordingly, the Court **STRIKES** "Exhibit 2" [# 20-4]. Negrete has leave to amend and refile Exhibit 2 with the following conditions: 1) there can only be one (1) copy of each email; and 2) the emails must be in chronological order. Mr. Negrete will have until February 1, 2018 to filed his corrected exhibit.

Second, the Court reminds all parties of the virtue of judicial efficiency in regard to their filings. The Court will not strike any other filings or exhibits thus far. The Court will, however, limit any future filings.

The Court **ORDERS** that all future filings in this case can only be fifteen (15) pages <u>including exhibits</u>. If a party requires additional pages—for discussion or exhibits—it may file a motion for an extension that must include a <u>compelling reason</u> for the extension. It is further ordered that document (20-4) be struck from the record.

Signed: January 25, 2018

Dennis L. Howell
United States Magistrate Judge